## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, | : No. _____ |
| *Plaintiff,* | : |
| v. | : |
| PYRAMID TECHNOLOGIES, INC., | : |
| *Defendants.* | : |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Please check one:

_____ The nongovernmental corporate party, POM of Pennsylvania, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

X The nongovernmental corporate party, POM of Pennsylvania, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock:

Pace-O-Matic, Inc. (parent corporation)

Dated: November 7, 2023

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
svance@kleinbard.com

*Attorneys for POM of Pennsylvania, LLC*

2