**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| | **:** | |
| **POM OF PENNSYLVANIA, LLC,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| **v.** | **:** | **No. 2:23-cv-04348** |
| | **:** | |
| **PYRAMID TECHNOLOGIES, INC.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

_____

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Timothy J. Ford on behalf of Defendant Pyramid Technologies, Inc. in the above-captioned matter.

Dated: November 21, 2023

Respectfully submitted,

/s/ *Timothy J. Ford*
_____
Timothy J. Ford, Pa. Id. No. 325290
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102
Telephone: (215) 575-7017
Fax: (215) 575-7200
tford@dilworthlaw.com
*Attorney for Defendant Pyramid Technologies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| **POM OF PENNSYLVANIA, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 2:23-cv-04348** |
| | : | |
| **PYRAMID TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

_____:

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I served a true and correct copy of the forgoing Notice of Appearance on all counsel electronically via the CM/ECF System.

/s/ *Timothy J. Ford*
Timothy J. Ford