IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No.# __2:23-cv-04348__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Barak Cohen__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __N/A (paid by credit card)__, for the $75.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| Washington, D.C. | 04/16/2004 | 485945 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| California | 01/15/2003 | 224183 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attachment A. | See Attachment A. | See Attachment A. |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

__Barak Cohen__
(Applicant's Signature)

__11 / 14 / 2023__
(Date)

| | |
|---|---|
| Name of Applicant's Firm | Perkins Coie LLP |
| Address | 700 Thirteenth St, NW, Suite 800, Washington, D.C. 20005 |
| Telephone Number | 202-654-6337 |
| Email Address | BCohen@perkinscoie.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/14/2023__                                    _____
(Date)                                                      (Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

     The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Barak Cohen to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Timothy J. Ford

_____
(Sponsor's Name)

/s/ *Timothy J. Ford*

_____
(Sponsor's Signature)

07/11/2018

_____
(Admission date)

325290

_____
(Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Dilworth Paxson LLP, 1500 Market Street, Ste. 3500

Philadelphia, PA 19102

(215) 575-7017

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2023
(Date)

/s/ *Timothy J. Ford*
(Sponsor's Signature)

# **<u>Attachment A</u>**

## Barak Cohen
## Court Admission Information

**Federal Courts:**
- U.S. Court of Appeals for the Ninth Circuit – 06/27/2013
- U.S. District Court for the District of Nebraska – 09/07/2011
- U.S. Court of Appeals for the Fifth Circuit – 11/16/2009
- U.S. Court of Appeals for the Tenth Circuit – 10/05/2009
- U.S. District Court for the District of Columbia – 02/15/2007
- U.S. Court of Appeals for the D.C. Circuit – 02/15/2007
- U.S. Court of Federal Claims – 08/29/2003