IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# 2:23-cv-04348

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Thomas J. Tobin** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number N/A (paid by credit card), for the $75.00 admission fee.

A.      I state that I am currently admitted to practice in the following state jurisdictions:

| See Attachment A. | See Attachment A. | See Attachment A. |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.      I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attachment A. | See Attachment A. | See Attachment A. |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.      I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

Defendant

(Applicant's Signature)

11/14/2023

(Date)

| | |
|---|---|
| Name of Applicant's Firm | Perkins Coie, LLP |
| Address | 1201 Third Avenue, Suite 7900, Seattle, WA 98101-3099 |
| Telephone Number | 202-359-3157 |
| Email Address | TTobin@perkinscoie.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/14/2023

(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Thomas J. Tobin to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Timothy J. Ford | /s/ *Timothy J. Ford* | 07/11/2018 | 325290 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Dilworth Paxson LLP, 1500 Market Street, Ste. 3500

Philadelphia, PA 19102

(215) 575-7017

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2023      /s/ *Timothy J. Ford*
          (Date)                  (Sponsor's Signature)

# Attachment A

**Thomas John Tobin**
**Bar Admission Information**
**State and Federal Bars**

**State Bars:**

- California – Bar # 319538 – Date of Admission – 12/22/2017
- District of Columbia– Bar # 1049101 - Date of Admission – 5/7/2018
- Maryland - Attorney ID # 2001240007 - Date of Admission – 01/24/2020
- Massachusetts - Bar # 696096 – Date of Admission – 11/21/2016
- New York – Bar # 5487319 - Date of Admission – 1/19/2017
- South Carolina – Bar # 103068 - Date of Admission – 8/22/2017
- Washington State – Bar # 55189 - Date of Admission – 7/12/2019
- Oregon - Bar # 232184 - Date of Admission - 7/20/2023

**Federal Bars:**

- U.S. District Court for the District of Columbia - 5/7/2018
- U.S. Court of Appeals for the Federal Circuit - 1/30/2017
- U.S. Court of Appeals for the Fourth Circuit - 12/27/2016
- U.S. Court of Appeals for the Ninth Circuit - 1/28/2017
- U.S. Court of Appeals for the Armed Forces - 2/17/2017
- U.S. District Court for the District of Colorado - 10/9/2020
- U.S. District Court for the District of South Carolina - 11/21/2017
- U.S. District Court for the Eastern District of California - 7/13/2020
- U.S. District Court for the Northern District of California - 9/21/2021
- U.S. District Court for the Northern District of Illinois - 3/5/2021
- U.S. District Court for the District of Maryland - 11/19/2021
- U.S. District Court for the Eastern District of New York - 1/27/2021
- U.S. District Court for the Southern District of New York - 1/19/2021
- U.S. District Court for the Western District of Washington - 7/18/2019
- U.S. Tax Court - 4/16/2018