IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC                    CIVIL ACTION

          v.                :        NO. 23-cv-4348

PYRAMID TECHNOLOGIES, INC.


**O R D E R**


     **AND NOW**, this 21st day of **NOVEMBER, 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

     **ORDERED** that the above captioned is reassigned from the calendar of the Honorable Joshua D. Wolson to the calendar of the Honorable Timothy J. Savage for further proceedings.


                        **FOR THE COURT:**


                        **JUAN R. SÁNCHEZ**
                        **Chief Judge**


                        **ATTEST:**


                        **/s/George Wylesol**
                        **GEORGE WYLESOL**
                        **Clerk of Court**