**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **POM OF PENNSYLVANIA, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **PYRAMID TECHNOLOGIES, INC.** | : | **NO.: 23-cv-4348** |
| | : | |

**O R D E R**

**AND NOW**, this **27th** day of **NOVEMBER 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Timothy J. Savage to the calendar of the Honorable John M. Younge for further proceedings.

FOR THE COURT:
**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**