# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC,             :
                                      :         No. 23-cv-4348-JMY
      v.                              :
                                      :
PYRAMID TECHNOLOGIES, INC.,           :

## ORDER

AND NOW, this 28th day of November, 2023, it is hereby ORDERED that the

Application for Admission Pro Hac Vice of Thomas J. Tobin, Esquire, (ECF No. 8) to practice in

this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

                              BY THE COURT:

                              /s/ *John Milton Younge*
                              Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website at: NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)