**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC,

      Plaintiff,

      v.

PYRAMID TECHNOLOGIES, INC.,

      Defendant.

Civil Action No. 2:23-cv-04348-JMY

ORAL ARGUMENT REQUESTED

**DEFENDANT PYRAMID TECHNOLOGIES, INC.'S MOTION TO DISMISS
PLAINTIFF POM OF PENNSYLVANIA, LLC'S COMPLAINT**

For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Defendant Pyramid Technologies, Inc. ("Pyramid") hereby moves this Court for an Order dismissing the Complaint (ECF No. 1) in its entirety with prejudice. Pyramid requests that the Court hold oral argument on the issues raised by this motion.

 Respectfully submitted,

**DILWORTH PAXSON LLP**

Timothy J. Ford, Attorney ID: 325290
tford@dilworthlaw.com
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: +1.215.575.7017
Facsimile: +1.215.575.7200

Dated:  January 9, 2024

**PERKINS COIE LLP**

By: */s/ Barak Cohen*
Barak Cohen, Admitted *pro hac vice*
BCohen@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211

*/s/ Thomas J. Tobin*
Thomas J. Tobin, Admitted *pro hac vice*
TTobin@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was

served upon the following via Electronic Filing System (CM/ECF) on the date specified below:

*Via CM/ECF:*

Matthew H. Haverstick
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
215-568-2000
Fax: 215-568-0140
Email: mhaverstick@kleinbard.com

Date: January 9, 2024

/s/*Barak Cohen*
Barak Cohen

-2-