**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, | |
| Plaintiff, | Civil Action No. 2:23-cv-04348-JMY |
| v. | |
| PYRAMID TECHNOLOGIES, INC., | |
| Defendant. | |

**DECLARATION OF BARAK COHEN IN SUPPORT OF DEFENDANT PYRAMID TECHNOLOGIES, INC.'S MOTION TO DISMISS**

I, Barak Cohen, hereby declare as follows:

1.  I am a partner at the law firm of Perkins Coie LLP, which represents Defendant Pyramid Technologies, Inc. ("Pyramid") in the above-captioned action.

2.  Attached as **Exhibit A** is a true and correct copy of a Nondisclosure Agreement effective February 8, 2023 between Pyramid and Pace-O-Matic, Inc., the parent company of Plaintiff POM of Pennsylvania, LLC.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  January 9, 2024

By: _/s/ Barak Cohen_
Barak Cohen, Admitted *pro hac vice*
BCohen@perkinscoie.com
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was served upon the following via Electronic Filing System (CM/ECF) on the date specified below:

*Via CM/ECF:*

Matthew H. Haverstick
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
215-568-2000
Fax: 215-568-0140
Email: mhaverstick@kleinbard.com

Date: January 9, 2024

/s/*Barak Cohen*
Barak Cohen

**Exhibit A**

**FILED UNDER SEAL**