## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC,

     Plaintiff,

     v.

PYRAMID TECHNOLOGIES, INC.,

     Defendant.

Civil Action No. 2:23-cv-04348-JMY

## ORDER

**AND NOW**, on this 10th day of January 2024, upon consideration of Defendant Pyramid Technologies, Inc's ("Pyramid") Uncontested Motion for Leave to File Under Seal, it is hereby **ORDERED** that said motion is **GRANTED**; and Pyramid is hereby permitted to file unredacted versions of its brief in support of its Motion to Dismiss and associated exhibits containing the subject Non-Disclosure Agreement **UNDER SEAL**. The Court retains the right to allow, *sua sponte* or upon motion, disclosure of any subject covered by this order or to modify this order at any time in the interest of justice.

**BY THE COURT:**

    */s/ John Milton Younge*
    JUDGE JOHN MILTON YOUNGE