# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| POM OF PENNSYLVANIA, LLC, | : |
| *Plaintiff,* | : |
| v. | : No. 2:23-cv-04348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : |
| *Defendants.* | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Eric J. Schreiner on behalf of Plaintiff POM of Pennsylvania, LLC in the above-captioned matter.

Dated: January 10, 2024        Respectfully Submitted,

/s/ Eric J. Schreiner
Eric J. Schreiner (No. 76721)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: eschreiner@kleinbard.com

*Attorneys for POM of Pennsylvania, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I served a true and correct copy of the forgoing Notice of Appearance on all counsel electronically via the CM/ECF System.

/s/ Eric J. Schreiner
Eric J. Schreiner