**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| POM of PENNSYLVANIA, LLC,, | : | |
| | : | No.  23-cv-4348-JMY |
| v. | : | |
| | : | |
| PYRAMID TECHNOLOGIES, INC., | : | |

## <u>SCHEDULING ORDER</u>

**AND NOW**, this  24th  day of January, 2024, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 23), and the representations made by counsel at the Rule 16 conference held on this date, it is **ORDERED** as follows:

1.     The parties shall comply with the following deadlines:

a.     All fact discovery shall be completed by **Friday, May 24, 2024.**

b.     The parties shall produce their expert report(s) by **Friday, June 7, 2024**; rebuttal expert report(s) shall be produced by **Friday, June 21, 2024;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Tuesday, July 9, 2024**.

c.     All motions for summary judgment and *Daubert* motions shall be filed no later than **Friday, August 9, 2024**.  Responses to such motions shall be filed no later than **Tuesday, September 10, 2024.**

2.     This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes.  Judge Moore-Wells will contact counsel to initiate the settlement process.  As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3.     A Final Pretrial Conference will be held on **Wednesday, December 11, 2024 @ 10:00 A.M.** Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final**

**Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4.      Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**


**BY THE COURT:**

 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**