**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PYRAMID TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-04348-JMY |

**DEFENDANT PYRAMID TECHNOLOGIES, INC.'S
UNCONTESTED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Pyramid Technologies, Inc. ("Pyramid"), by and through its undersigned counsel, hereby moves for entry of an Order pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rules 5.1.2(6) and 5.1.5 granting Pyramid leave to file under seal unredacted versions of documents submitted in connection with its Motion to Dismiss. Specifically, Pyramid requests leave to file under seal an unredacted version of its Reply Brief.

## I.      THE MOTION TO SEAL IS UNCONTESTED

Counsel for Pyramid conferred with counsel for Plaintiff POM of Pennsylvania, LLC ("POM") regarding the relief sought by the original Motion to Seal (ECF No. 14). Counsel for POM consented to the relief requested, namely the sealing of the Non-Disclosure Agreement and portions of Pyramid's briefing discussing the NDA.

## II.      THE REQUEST TO FILE UNDER SEAL SHOULD BE GRANTED

For the reasons given in Pyramid's Uncontested Motion to File Under Seal (ECF No.14), the Court should allow portions of Pyramid's Reply Brief to be filed under seal. Specifically, the Court previously order that the NDA and Pyramid's supporting brief could be filed under seal. Order (ECF No. 19).

In its Reply Brief, Pyramid discusses the sealed NDA and POM's arguments related thereto. As this material was previously sealed by Order of this Court, Pyramid requests leave to

file its unredacted Reply Brief under seal. A redacted version would be filed on the Court's

public docket.

## III.    CONCLUSION

For the reasons set forth herein and with POM's counsel, Pyramid requests leave to file

under seal portions of its Reply Brief discussing the NDA under seal.

Respectfully submitted,                              Dated:  January 30, 2024

**DILWORTH PAXSON LLP**                    **PERKINS COIE LLP**

Timothy J. Ford, Attorney ID: 325290           By: _/s/ Barak Cohen_
tford@dilworthlaw.com                          Barak Cohen, Admitted *pro hac vice*
1500 Market Street, Suite 3500E                BCohen@perkinscoie.com
Philadelphia, PA 19102                         700 Thirteenth Street, N.W., Suite 800
Telephone: +1.215.575.7017                     Washington, D.C. 20005-3960
Facsimile: +1.215.575.7200                     Telephone: +1.202.654.6200
                                               Facsimile:  +1.202.654.6211

                                               _/s/ Thomas J. Tobin_
                                               Thomas J. Tobin, Admitted *pro hac vice*
                                               TTobin@perkinscoie.com
                                               1201 Third Avenue, Suite 4900
                                               Seattle, Washington 98101-3099
                                               Telephone: +1.206.359.8000
                                               Facsimile:  +1.206.359.9000

-2-

165319673.1

-3-

## CERTIFICATE OF UNCONTESTED MOTION

Pursuant to Local Civil Rule 7.1, I, the undersigned, do hereby certify that that the above motion is uncontested.

Date: <u>January 30, 2024</u>

/s/*Barak Cohen*
Barak Cohen

165319673.1