**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| PYRAMID TECHNOLOGIES, INC., | : | NO. 23-4348 |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, this 7th day of March, 2024, upon consideration of Defendant's Unopposed *Motion to Seal Unredacted Version of Reply Brief in Support of Motion to Dismiss* (ECF No. 29), it is hereby **ORDERED** that said Motion is **GRANTED**, and Defendant is hereby permitted to file unredacted versions of its reply brief in support of its Motion **UNDER SEAL**.  The Court retains the right to allow, *sua sponte* or upon motion, the disclosure of any subject covered by this Order or to modify this Order at any time in the interest of justice.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**