**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| *Plaintiff,* | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : | |
| *Defendants.* | : | |

## **ORDER**

AND NOW, this _____ day of May, 2024, upon consideration of Plaintiff POM of Pennsylvania, LLC's Uncontested Motion to Extend Scheduling Order Deadlines, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. It is further **ORDERED** that all deadlines in the Court's January 24, 2024 Scheduling Order shall be extended by sixty (60) days.

BY THE COURT:

_____
Hon. John Milton Younge
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| POM OF PENNSYLVANIA, LLC, | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | : No. 2:23-cv-04348-JMY |
| | : |
| PYRAMID TECHNOLOGIES, INC., | : |
| | : |
| *Defendants.* | : |

**PLAINTIFF POM OF PENNSYLVANIA, LLC'S UNCONTESTED**
**MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff POM of Pennsylvania, LLC ("POM"), through its undersigned counsel,

respectfully requests an extension of the deadlines in the Court's January 24, 2024 Scheduling

Order, which is not opposed by Defendant Pyramid Technologies, Inc. ("Pyramid"), and in

support thereof avers as follows:

1.      POM initiated this action via Complaint on November 7, 2023. *See* Docket, ECF

No. 1.

2.      On January 9, 2024, Pyramid filed its Motion to Dismiss the Complaint. *See*

Docket, ECF No. 12.

3.      On January 24, 2024, the Court issued a Scheduling Order, which contained the

following deadlines:

      (a) Fact discovery:  May 24, 2024.
      (b) Expert report(s):  June 7, 2024.
      (c) Rebuttal expert report(s); June 21, 2024.
      (d) Expert discovery:  July 9, 2024.
      (e) Motions for summary judgment and *Daubert* motions:  August 9, 2024.

(f)  Responses to Motions for summary judgment and *Daubert* motions: September 10, 2024.

(g)  Final Pretrial Conference:  December 11, 2024.

*See* Docket, ECF No. 27.

4.      On March 11, 2024, this Court issued an order denying Pyramid's Motion to Dismiss the Complaint.

5.      On March 25, 2024, Pyramid filed its Answer to the Complaint. *See* Docket, ECF No. 37.

6.      The parties have exchanged interrogatories and document requests and also have responded to these interrogatories and document requests.

7.      On April 11, 2024, the parties held a meet and confer related to their respective responses and objections to the interrogatories and documents requests. The parties now are in the process of attempting to resolve objections and produce documents.

8.      The parties are actively working to complete written and document discovery so that they can schedule depositions, but it is taking some time to work through objections and produce documents.

9.      No depositions have been scheduled yet.

10.     As stated above, the fact discovery deadline in this matter currently is May 24, 2024.

11.     No trial date has been scheduled for this matter.

12.     Based on the foregoing, POM respectfully submits that the parties have diligently pursued discovery and that good cause exists for a sixty (60) day extension of the fact discovery deadline and the other deadlines in the Scheduling Order.

13.     The requested extension will allow the parties to complete document production and written discovery, and take the necessary depositions in an orderly manner.

14.     There have been no prior extensions of the deadlines in the Scheduling Order.

15.     Pyramid concurs in the request for a sixty (60) day extension and does not contest this Motion.

WHEREFORE, POM respectfully requests that this Court grant its Motion and extend the deadlines in the Scheduling Order by sixty (60) days.

Respectfully submitted,

Dated: May 3, 2024

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Edward T. Butkovitz (No. 309565)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
ebutkovitz@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I served the foregoing Plaintiff's Motion for

Extension of Scheduling Order Deadlines on all parties via electronic mail.

Respectfully submitted,

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

Dated: May 3, 2024

5