**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| *Plaintiff,* | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 6th day of May, 2024, upon consideration of Plaintiff POM of Pennsylvania, LLC's Uncontested Motion to Extend Scheduling Order Deadlines, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. It is further **ORDERED** that all deadlines in the Court's January 24, 2024 Scheduling Order shall be extended by sixty (60) days.

BY THE COURT:

/s/ John Milton Younge
Hon. John Milton Younge
United States District Judge