**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

POM of PENNSYLVANIA, LLC,,  :
                                                  :         No.  23-cv-4348-JMY
            v.                            :
                                                  :
PYRAMID TECHNOLOGIES, INC.,   :

**<u>AMENDED SCHEDULING ORDER</u>**

**AND NOW**, this 6th day of May, 2024, upon consideration of the parties' Joint Motion (ECF No. 39), it is hereby **ORDERED** that the following amended case management schedule is enacted:

- Discovery deadline is **July 24, 2024**;

- Parties shall produce expert report is due **August 7, 2024**;

- Rebuttal expert report is due **August 21, 2024**;[1]

- All expert discovery, including all depositions of expert witnesses are due **September 9, 2024**;

- All motions for summary judgment and *Daubert* motions shall be filed no later than **October 9, 2024** ;

- Reponses to such motions shall be file no later than **November 12, 2024**

- Final pre-trial conference shall be held on **Tuesday, February 11, 2025 at 11:00 a.m.**

    Counsel shall appear by remote video and will be notified by Chambers via email with

    instructions on how to participate remotely.  No later than **seven (7) days before the**

    **Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance

    with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.

    A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4.      Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**