**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC,         :

                                    :              CIVIL ACTION

         v.                     :

                                    :              NO. 23-4348-JMY

PYRAMID TECHNOLOGIES, INC.,     :

## ORDER FOR CONFERENCE (VIDEO)

     **AND NOW**, this <u>12th</u> day of June, 2024, it is **ORDERED** that a conference with the Court

will be held on **Tuesday, July 9, 2024, at 12:30 p.m**.  Counsel shall appear by video and will be

notified by Chambers staff via email of the conference link instructions.


                                          **BY THE COURT:**


                                       /s/ *John Milton Younge*
                                      **JUDGE JOHN MILTON YOUNGE**