**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **POM OF PENNSYLVANNIA, LLC** | : | Case No. 23-cv-4348-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **PYRAMID TECHNOLOGIES, INC.** | : | |
| | : | |
| *Defendant* | : | |

## <u>ORDER</u>

**AND NOW**, this 9th day of July 2024, in light of the Parties' agreements during the videoconference on July 9th, 2024, it is hereby **ORDERED** that Defendant Pyramid Technologies Inc.'s Motion to Compel (ECF No. 7) is **DENIED AS MOOT**. **IT IS FURTHER ORDERED** all dates stated in the Court's Amended Scheduling Order (ECF No. 41), are **EXTENDED** by ninety (90) days and the amended case management schedule is enacted:

- Discovery deadline is October 24, 2024;

- Parties shall produce expert report is due November 7, 2024;

- Rebuttal expert report is due November 21, 2024;

- All expert discovery, including all depositions of expert witnesses are due December 9, 2024;

- All motions for summary judgment and Daubert motions shall be filed no later than January 9, 2025;

- Reponses to such motions shall be file no later than February 12, 2024;

- Final pre-trial conference shall be held on **Tuesday, May 13, 2025 @ 10 A.M.**

  Counsel shall appear by remote video and will be notified by Chambers via email with

instructions on how to participate remotely. No later than seven (7) days before the Final Pretrial Conference, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed voir dire and jury instructions, and motions in limine), will be set by the Court at, or shortly after, the Final Pretrial Conference.

- Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-miltonyounge

**BY THE COURT:**

*/s/ John Milton Younge*

Judge John Milton Younge