**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC,

      Plaintiff,

      v.

PYRAMID TECHNOLOGIES, INC.,

      Defendant.

Civil Action No. 2:23-cv-04348-JMY

**DECLARATION OF BARAK COHEN IN SUPPORT OF
DEFENDANT'S SECOND MOTION TO COMPEL**

I, Barak Cohen, hereby declare as follows:

1.      I am counsel for Defendant Pyramid Technologies, Inc. ("Pyramid") in the above captioned action. I have personal knowledge of the below, and, if called to do so, I am competent to testify about the matters discussed herein.

2.      Attached as **Exhibit A** is a true and correct copy of an email exchange discussing a reciprocal extension of discovery between July and August 2024.

3.      Attached as **Exhibit B** is a true and correct copy of an email exchange discussing a reciprocal extension of discovery on July 9, 2024.

4.      Attached as **Exhibit C** is a true and correct copy of correspondence from myself to this Court's chambers via facsimile on August 2, 2024.

I make this declaration on penalty of perjury.

Dated this 22nd day of August, 2024

                                    */s/ Barak Cohen*
                                    Barak Cohen

Exhibit A

Exhibit A

| | |
|---|---|
| **From:** | Cohen, Barak (WDC) |
| **To:** | Eric Schreiner; Matt Haverstick |
| **Cc:** | Edward Butkovitz; Tobin, Thomas (SEA); tford@dilworthlaw.com |
| **Subject:** | RE: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY |
| **Date:** | Tuesday, August 20, 2024 1:22:04 PM |

Eric,

This will have been POM's second request to continue the reciprocal production deadline, after we had to repeatedly push POM to finalize the Protective Order so that discovery could proceed in the first instance. This was a litigation that POM has filed, so, while we want to be collegial about this, the repeated extensions of the discovery deadlines are unreasonable. We're opposed to the continuance, and after POM's repeated delays we're looking forward to proceeding with discovery. We recommend a conference call to suss this out, and also to satisfy any need to confer if we move to compel production in accordance with the Thursday deadline.

Best,

Barak

---

**Barak Cohen**
**PARTNER**

**Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960

+1.202.654.6337
bcohen@perkinscoie.com

---

perkinscoie.com

**From:** Eric Schreiner <eschreiner@kleinbard.com>
**Sent:** Monday, August 19, 2024 3:14 PM
**To:** Matt Haverstick <mhaverstick@kleinbard.com>; Cohen, Barak (WDC) <BCohen@perkinscoie.com>
**Cc:** Edward Butkovitz <ebutkovitz@kleinbard.com>; Tobin, Thomas (SEA) <TTobin@perkinscoie.com>; tford@dilworthlaw.com
**Subject:** RE: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

Barak:

POM will not be in a position to exchange documents by this Thursday. Can we extend the reciprocal exchange date an additional two weeks (until September 5th)? Please let me know if that is acceptable. Thank you.

Eric

---

**From:** Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:** Friday, August 2, 2024 7:51 AM
**To:** Cohen, Barak (Perkins Coie) <BCohen@perkinscoie.com>
**Cc:** Eric Schreiner <eschreiner@kleinbard.com>; Edward Butkovitz <ebutkovitz@kleinbard.com>; Tobin, Thomas (Perkins Coie) <TTobin@perkinscoie.com>; tford@dilworthlaw.com
**Subject:** Re: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

Sure.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W| www.kleinbard.com

On Aug 1, 2024, at 9:51 PM, Cohen, Barak (Perkins Coie) <BCohen@perkinscoie.com> wrote:

**This message was received from an external sender.**

Eric,

We're OK with the extension provided that POM joins the attached letter, which we'd like to send the Court tomorrow so that the protective order is entered.

Best,

Barak

Ex. A at 2

**Barak Cohen | Perkins Coie LLP**
PARTNER
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.6337
F. +1.202.654.9997
E. BCohen@perkinscoie.com

---

**From:** Eric Schreiner <eschreiner@kleinbard.com>
**Sent:** Thursday, August 01, 2024 3:15 PM
**To:** Cohen, Barak (WDC) <BCohen@perkinscoie.com>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Edward Butkovitz
<ebutkovitz@kleinbard.com>; Tobin, Thomas (SEA) <TTobin@perkinscoie.com>;
tford@dilworthlaw.com
**Subject:** RE: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

Barak:

Can we extend the reciprocal exchange date two weeks (until August 22)?
POM needs additional time and I'm out of the office next week on vacation. Please let
me know if that is acceptable. Thank you.

Eric

---

**From:** Cohen, Barak (Perkins Coie) <BCohen@perkinscoie.com>
**Sent:** Tuesday, July 9, 2024 2:12 PM
**To:** Eric Schreiner <eschreiner@kleinbard.com>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Edward Butkovitz
<ebutkovitz@kleinbard.com>; Tobin, Thomas (Perkins Coie)
<TTobin@perkinscoie.com>; tford@dilworthlaw.com
**Subject:** RE: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

**This message was received from an external sender.**

You have my authority. Relatedly, my understanding is that reciprocal discovery is to
take place thirty days from today (August 8). Please confirm.

Best,

Barak

**Barak Cohen | Perkins Coie LLP**
PARTNER
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.6337

Ex. A at 3

F. +1.202.654.9997
E. BCohen@perkinscoie.com

---

**From:** Eric Schreiner <eschreiner@kleinbard.com>
**Sent:** Tuesday, July 09, 2024 12:52 PM
**To:** Cohen, Barak (WDC) <BCohen@perkinscoie.com>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Edward Butkovitz <ebutkovitz@kleinbard.com>; Tobin, Thomas (SEA) <TTobin@perkinscoie.com>; tford@dilworthlaw.com
**Subject:** POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

Barak:

  Attached is the final version of the stipulated protective order. We accepted all redlines from the last draft you sent. Please let me know if we have your authority to submit to the court and we will get it filed. Thank you.

Eric

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

<2024.08.01- DRAFT - Letter to Judge Younge BC.docx>

# Exhibit B

| | |
|---|---|
| **From:** | Eric Schreiner |
| **To:** | Cohen, Barak (WDC) |
| **Cc:** | Matt Haverstick; Edward Butkovitz; Tobin, Thomas (SEA); tford@dilworthlaw.com |
| **Subject:** | RE: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY |
| **Date:** | Tuesday, July 9, 2024 11:18:44 AM |

Thank you and confirmed.

Eric

**From:** Cohen, Barak (Perkins Coie) <BCohen@perkinscoie.com>
**Sent:** Tuesday, July 9, 2024 2:12 PM
**To:** Eric Schreiner <eschreiner@kleinbard.com>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Edward Butkovitz <ebutkovitz@kleinbard.com>;
Tobin, Thomas (Perkins Coie) <TTobin@perkinscoie.com>; tford@dilworthlaw.com
**Subject:** RE: POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

**This message was received from an external sender.**

You have my authority. Relatedly, my understanding is that reciprocal discovery is to take place
thirty days from today (August 8). Please confirm.

Best,

Barak

**Barak Cohen | Perkins Coie LLP**
PARTNER
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.6337
F. +1.202.654.9997
E. BCohen@perkinscoie.com

**From:** Eric Schreiner <eschreiner@kleinbard.com>
**Sent:** Tuesday, July 09, 2024 12:52 PM
**To:** Cohen, Barak (WDC) <BCohen@perkinscoie.com>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Edward Butkovitz <ebutkovitz@kleinbard.com>;
Tobin, Thomas (SEA) <TTobin@perkinscoie.com>; tford@dilworthlaw.com
**Subject:** POM of Pennsylvania, LLC v. Pyramid Technologies, Inc., No. 2:23-cv-04348-JMY

Barak:

    Attached is the final version of the stipulated protective order. We accepted all redlines
from the last draft you sent. Please let me know if we have your authority to submit to the court and
we will get it filed. Thank you.

Eric

Ex. B at 1

Exhibit C

Exhibit C

PERKINSCOIE

700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960

T  +1.202.654.6200
F  +1.202.654.6211
PerkinsCoie.com

August 2, 2024

Barak Cohen
BCohen@perkinscoie.com
D.  +1.202.654.6337
F.  +1.202.654.9997

**VIA FACSIMILE AND EMAIL**

U.S. District Judge John Milton Younge
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Fax:    (267) 299-7368
Email: Chambers_Younge@paed.uscourts.gov

Re:    ***POM of Pennsylvania, LLC v. Pyramid Technologies, Inc.***
      **No. 2:23-cv-04348-JMY (E.D. Pa.)**

Dear Judge Younge:

With consent from counsel for Plaintiff POM of Pennsylvania, LLC ("POM"), Defendant Pyramid Technologies, Inc. ("Pyramid") writes pursuant to the Court's Policies and Procedures, § A.

On July 9, 2024, POM filed a Stipulation for Protective Order ("Stipulation") on behalf of both parties (Dkt. No. 45) in anticipation of exchanging document discovery on August 22—this date was originally set for August 8, and the Parties have agreed to extend that time. The Stipulation remains pending before the Court, and reciprocal discovery, which will contain proprietary and highly confidential information, cannot proceed until the Court finalizes the Stipulation.

We respectfully request that the Court enter the Stipulation as an Order of the Court so that discovery may proceed. Notably, the Stipulation provides that "the Court retains the right . . . to modify this Order at any time in the interest of justice." If the Court has any outstanding questions regarding the Stipulation, we would appreciate the scheduling of a conference call as soon as possible so that the parties may address the Court's concerns.

Sincerely,

*Barak Co*

Barak Cohen
Counsel to Pyramid Technologies, Inc.

CC: Counsel to POM of Pennsylvania, LLC

Perkins Coie LLP
168471791.2

Ex. C at 1