**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PYRAMID TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-04348-JMY |

**MOTION FOR RELIEF REGARDING
DEFENDANT PYRAMID TECHNOLOGIES, INC.'S SECOND MOTION TO COMPEL**

Pyramid Technologies, Inc. ("Pyramid"), by and through its undersigned counsel, hereby provides this Motion for Relief regarding Pyramid's Second Motion to Compel. Pyramid's Motion was filed on August 22, 2024 via the Court's CM/ECF service.

Local Civil Rule 7.1(c) provides that "[i]n the absence of a timely response, the motion may be granted as uncontested except as provided under Federal Rule of Civil Procedure 56, or otherwise prohibited by law." Because neither of these exceptions applies here, the Court may grant the Motion as uncontested and order the relief requested: an order to exchange reciprocal document discovery and an extension of discovery deadlines by another 90 days to accommodate Plaintiff's delay in proceeding with their own case.

Pursuant to Local Civil Rule 7.1(c), an opposition to the Second Motion to Compel was due within 14 days of its filing, which would have been September 5, 2024. No opposition was filed within that time, nor did Plaintiff POM of Pennsylvania, LLC ("POM") otherwise contact Pyramid. Finally, on September 12, 2024, counsel for Plaintiff POM of Pennsylvania, LLC ("POM") contacted Pyramid's counsel by phone stating that POM was prepared to provide approximately 50 pages of discovery at this time, including a non-disclosure agreement ("NDA") previously provided to the Court as part of Pyramid's Rule 12 briefing. Declaration of Barak Cohen, dated Sept. 12, 2024 ("September 2024 Cohen Decl.") ¶ 2. Subsequently, counsel for POM

provided 46 pages of documents via email, of which eight pages were the NDA. *See id.* ¶ 3. During the call, counsel for POM further explained that they were having difficulty obtaining further discovery, including critical documents, such as internal communications, from their own client. *Id.* ¶ 2.

It is inexplicable that POM lacks the ability to obtain *its own documents on a case it brought*. This is the second motion to compel POM to comply with its discovery obligations. As POM is no doubt aware, failure to prosecute or comply with court rules can result in dismissal of POM's case. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

As detailed in the Second Motion to Compel, Pyramid wrote to confirm a date certain for reciprocal document production on July 9, 2024. That date was set for August 8, 2024. Days before that initial document production date, POM requested a two-week extension to August 22, 2024. On August 19, 2024, only a few days before the repeatedly-delayed production deadline, POM's counsel requested yet another discovery extension. POM's counsel wrote to counsel for Pyramid that "POM will not be in a position to exchange documents," despite the additional extensions. *See* Dkt. No. 49, Declaration of Barak Cohen, dated Aug. 22, 2024 ¶ 2, Ex. A. Now, weeks later, POM is still not in a position to make a material document production. *See* September 2024 Cohen Decl. ¶ 2.

POM has failed to make meaningful progress in meeting its own discovery obligations, and has likewise failed to make a timely opposition to Pyramid's Second Motion to Compel. Pyramid is entitled to its relief sought, namely a 90-day extension of discovery deadlines and a date certain for reciprocal document production, so that this matter may finally proceed into discovery.

[Signature Page Follows]

-3-

Dated:  September 12, 2024

**DILWORTH PAXSON LLP**


Timothy J. Ford, Attorney ID: 325290
tford@dilworthlaw.com
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: +1.215.575.7017
Facsimile: +1.215.575.7200

**PERKINS COIE LLP**


By: _/s/ Barak Cohen_
Barak Cohen, Admitted *pro hac vice*
BCohen@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211

Thomas J. Tobin, Admitted *pro hac vice*
TTobin@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

-4-

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was

served upon the following via Electronic Filing System (CM/ECF) on the date specified below:


*Via CM/ECF:*

Matthew H. Haverstick
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
215-568-2000
Fax: 215-568-0140
Email: mhaverstick@kleinbard.com


Date: September 12, 2024

/s/*Barak Cohen*
Barak Cohen