## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| *Plaintiff,* | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : | |
| *Defendants.* | : | |

### PLAINTIFF POM OF PENNSYLVANIA, LLC'S RESPONSE
### IN OPPOSITION TO DEFENDANT'S SECOND MOTION TO COMPEL

As set forth in Defendant Pyramid Technologies, Inc.'s ("Pyramid") Second Motion Compel (ECF No. 48) (the "Motion"), Pyramid filed the Motion after counsel for Plaintiff POM of Pennsylvania ("POM") requested an additional extension of the date for reciprocal document production and Pyramid's counsel declined that request. POM intends to proceed with discovery and has never indicated to Pyramid otherwise. POM simply needed additional time to search for and gather documents.

Indeed, POM is proceeding with discovery. On September 12, 2024, POM made an initial production of documents to Pyramid, consisting of documents Bates numbered POM000001 through POM000046. These documents included an agreement between Pyramid and POM's parent and samples of agreements POM has with third parties. POM intends to produce additional documents. It is in the process of searching for additional responsive, non-privileged documents that it has agreed to produce to Pyramid and will produce them. Consequently, POM respectfully submits that Pyramid's Motion was unnecessary.

Pyramid's Motion also requests an extension of the discovery deadline in this action by ninety (90) days. POM does not oppose the requested extension.

Accordingly, for all of the reasons set forth above, this Court should deny Pyramid's Motion except for the requested extension of the discovery deadline.

Respectfully submitted,

Dated: September 13, 2024

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| *Plaintiff,* | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : | |
| *Defendants.* | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2024, upon consideration of

Defendant Pyramid Technologies, Inc.'s Second Motion to Compel (the "Motion"), and Plaintiff

POM of Pennsylvania, LLC's opposition thereto, it is hereby **ORDERED** that the Motion is

**GRANTED** in part and **DENIED** in part. The request for a ninety (90) day extension of the

discovery deadline is hereby **GRANTED** and the Motion otherwise is **DENIED**.

BY THE COURT:

Hon. John Milton Younge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of Plaintiff's Response in

Opposition to Defendant's Second Motion to Compel to be served via the Court's CM/ECF

system on all counsel of record.

Respectfully submitted,

Dated: September 13, 2024

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*