**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-4348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : | |

### ORDER FOR CONFERENCE (VIDEO)

**AND NOW**, this <u>13th</u> day of September 2024, upon consideration of the Second Motion to Compel filed by Pyramid Technologies (ECF No. 48), and the Motion for Relief Regarding its Second Motion to Compel filed by Pyramid Technologies (ECF No. 50), it is **ORDERED** that a conference with the Court will be held on **Monday, September 23, 2024, at 11:00 a.m**.  Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

**BY THE COURT:**


 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**