**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSLYVANIA, LLC,

           v.

PYRAMID
TECHNOLOGIES, INC,

:          CIVIL ACTION
:
:          NO. 23-4348-JMY
:
:
:

**ORDER**

**AND NOW**, this 23rd day of September, 2024, upon consideration of the video conference that took place today (ECF No. 52), it is **ORDERED** that a **HEARING** in the above matter is **SCHEDULED** for **Tuesday, November 12, 2024 @ 12:30 P.M.** in Courtroom 15-B, 15th Floor, James A. Byrne United States Courthouse 601 Market Street, Philadelphia, Pennsylvania 19106.

        **IT IS SO ORDERED.**

                     **BY THE COURT:**

                     /s/ *John Milton Younge*
                     **JUDGE JOHN MILTON YOUNGE**