**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANNIA, LLC

     *Plaintiff*

  v.

PYRAMID TECHNOLOGIES, INC.

     *Defendant*

:     Case No. 23-cv-4348-JMY
:
:
:
:
:
:
:
:

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 23rd day of September 2024, it is hereby **ORDERED** that all dates stated in the Court's Amended Scheduling Order (ECF No. 46), are **EXTENDED** by ninety (90) days and the amended case management schedule is enacted:

- Discovery deadline is January 25, 2025;

- Parties shall produce expert report is due February 7, 2025;

- Rebuttal expert report is due February 21, 2025;

- All expert discovery, including all depositions of expert witnesses are due March 10, 2025;

- All motions for summary judgment and Daubert motions shall be filed no later than April 9, 2025;

- Reponses to such motions shall be file no later than May 12, 2025;

- Final pre-trial conference shall be held on **Wednesday, August 13, 2025 @ 2:00 P.M.** Counsel shall appear by remote video and will be notified by Chambers via email with

instructions on how to participate remotely. No later than seven (7) days before the

Final Pretrial Conference, the parties shall file their Pretrial Memoranda in accordance

with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.

A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed

voir dire and jury instructions, and motions in limine), will be set by the Court at, or shortly

after, the Final Pretrial Conference.

- Counsel are referred to Judge Younge's operating procedures for further information:

  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-miltonyounge

**BY THE COURT:**

*/s/ John Milton Younge*

Judge John Milton Younge