**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PYRAMID TECHNOLOGIES, INC.,<br><br>        Defendant. | Civil Action No. 2:23-cv-04348-JMY |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS**

THIS MATTER is before the Court on Defendant's Motion for Sanctions. Having considered the Parties' submissions and the Parties' presentations at oral argument on November 12, 2024, and for good cause shown,

**IT IS HEREBY ORDERED** that counsel for Plaintiff POM of Pennsylvania, LLC ("POM") are hereby sanctioned pursuant to Federal Rule of Civil Procedure 37 for their repeated failures to produce timely and complete discovery in this matter.

**IT IS FURTHER ORDERED** that POM's counsel shall pay to counsel for Defendant Pyramid Technology, Inc. ("Pyramid") a sum of $5,000 as a sanction for the reasonable expenses Pyramid has incurred in preparing the Motion for Sanctions and for the prejudice Pyramid has suffered as a result of POM's repeated discovery failures. POM's counsel must make this payment within 30 days of this Order.

The Court notes that the case schedule in this matter has been delayed on multiple occasions due to POM's discovery failures. The Court reserves additional sanctions to POM's counsel for their repeated failures to timely produce meaningful discovery in a case that POM itself has brought.

DATED this _____ day of _____, 2024.

_____
Judge John Milton Younge
United States District Judge