**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


**POM OF PENNSYLVANNIA, LLC**

|  |  |  |
|---|---|---|
| | : | Case No. 23-cv-4348-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **PYRAMID TECHNOLOGIES, INC.** | : | |
| | : | |
| *Defendant* | : | |


**ORDER**

**AND NOW**, this 19th day of December 2024, in light of the Order Granting the Motion for Sanctions (ECF No. 60) on November 20th, 2024, it is hereby **ORDERED** that Defendant Pyramid Technologies Inc.'s Second Motion to Compel (ECF No. 48) and the Motion for Relief Regarding its Second Motion to Compel (ECF No. 50) are **DENIED AS MOOT**.


**BY THE COURT:**

*/s/ John Milton Younge*

Judge John Milton Younge