**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| *Plaintiff,* | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| PYRAMID TECHNOLOGIES, INC., | : | |
| *Defendants.* | : | |

**ORDER**

AND NOW, this _____ day of January, 2025, upon consideration of Plaintiff POM of

Pennsylvania, LLC's Uncontested Motion to Extend Scheduling Order Deadlines, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**. It is further **ORDERED** that all deadlines in

the Court's September 23, 2024 Amended Scheduling Order shall be extended by sixty (60)

days.

BY THE COURT:

_____
Hon. John Milton Younge
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| | : | |
| PYRAMID TECHNOLOGIES, INC., | : | |
| | : | |
| *Defendants.* | : | |

**PLAINTIFF POM OF PENNSYLVANIA, LLC'S UNCONTESTED
MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff POM of Pennsylvania, LLC ("POM"), through its undersigned counsel,

respectfully requests a sixty (60) day extension of the deadlines in the Court's September 23,

2024 Amended Scheduling Order, which is not opposed by Defendant Pyramid Technologies,

Inc. ("Pyramid"), and in support thereof avers as follows:

1.    POM initiated this action via Complaint on November 7, 2023. *See* Docket, ECF

No. 1.

2.    On January 9, 2024, Pyramid filed its Motion to Dismiss the Complaint. *See*

Docket, ECF No. 12.

3.    On January 24, 2024, the Court issued a Scheduling Order, which contained the

following deadlines:

> (a) Fact discovery:  May 24, 2024.
> (b) Expert report(s):  June 7, 2024.
> (c) Rebuttal expert report(s); June 21, 2024.
> (d) Expert discovery:  July 9, 2024.
> (e) Motions for summary judgment and *Daubert* motions:  August 9, 2024.

(f)  Responses to Motions for summary judgment and *Daubert* motions: September 10, 2024.

(g)  Final Pretrial Conference:  December 11, 2024.

*See* Docket, ECF No. 27.

4.    On March 11, 2024, this Court issued an order denying Pyramid's Motion to Dismiss the Complaint.

5.    On March 25, 2024, Pyramid filed its Answer to the Complaint. *See* Docket, ECF No. 37.

6.    On May 6, 2024, the Court issued an Amended Scheduling Order that contained, *inter alia*, a fact discovery deadline of July 24, 2024.

7.    On July 9, 2024, the Court issued an Amended Scheduling Order that contained, *inter alia*, a fact discovery deadline of October 24, 2024.

8.    On September 23, 2024, the Court issued an Amended Scheduling Order that contained, *inter alia*, a fact discovery deadline of January 25, 2025.

9.    The parties have completed written and document discovery.

10.   The parties are in the process of scheduling depositions but no depositions have been taken yet.

11.   The parties also currently are engaged in discussions that could lead to a potential resolution of this matter.

12.   The fact discovery deadline in this matter currently is January 25, 2025.

13.   No trial date has been scheduled for this matter.

14.   Based on the foregoing, and in order to provide the parties with time to pursue settlement discussions and also complete depositions if necessary, POM respectfully requests a

sixty (60) day extension of the fact discovery deadline and the other deadlines in the current Amended Scheduling Order.

15. Pyramid concurs in the request for a sixty (60) day extension and does not contest this Motion.

WHEREFORE, POM respectfully requests that this Court grant its Motion and extend the deadlines in the current Amended Scheduling Order by sixty (60) days.

Respectfully submitted,

Dated: January 13, 2025

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Edward T. Butkovitz (No. 309565)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
ebutkovitz@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 13, 2025, I served the foregoing Plaintiff's Motion for

Extension of Scheduling Order Deadlines on all parties via electronic mail.

Respectfully submitted,

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Eric J. Schreiner (No. 76721)
Shohin Vance (No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Eml: mhaverstick@kleinbard.com
eschreiner@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiff POM of Pennsylvania, LLC*

Dated: January 13, 2025