**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| POM OF PENNSYLVANIA, LLC, | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | :  No. 2:23-cv-04348-JMY |
| | : |
| PYRAMID TECHNOLOGIES, INC., | : |
| | : |
| *Defendants.* | : |

**ORDER**

AND NOW, this 13th day of January, 2025, upon consideration of Plaintiff POM of Pennsylvania, LLC's Uncontested Motion to Extend Scheduling Order Deadlines, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. It is further **ORDERED** that all deadlines in the Court's September 23, 2024 Amended Scheduling Order shall be extended by sixty (60) days.

BY THE COURT:

/s/ John Milton Younge

Hon. John Milton Younge
United States District Judge