**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANNIA, LLC
                     :     Case No. 23-cv-4348-JMY
     *Plaintiff*        :
                     :
   v.               :
                     :
PYRAMID TECHNOLOGIES, INC.   :
                     :
     *Defendant*     :

## <u>AMENDED SCHEDULING ORDER</u>

**AND NOW**, this 13th day of January 2024, it is hereby **ORDERED** that all dates stated in the Court's Amended Scheduling Order (ECF No. 54), are **EXTENDED** by sixty (60) days and the amended case management schedule is enacted:

- Discovery deadline is March 25, 2025;

- Parties shall produce expert report is due April 7, 2025;

- Rebuttal expert report is due April 21, 2025;

- All expert discovery, including all depositions of expert witnesses are due May 12, 2025;

- All motions for summary judgment and Daubert motions shall be filed no later than June 9, 2025;

- Responses to such motions shall be file no later than July 14, 2025;

- Final pre-trial conference shall be held on **Tuesday, October 14, 2025 @ 11:00 A.M.** Counsel shall appear by remote video and will be notified by Chambers via email with

instructions on how to participate remotely. No later than seven (7) days before the Final Pretrial Conference, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed voir dire and jury instructions, and motions in limine), will be set by the Court at, or shortly after, the Final Pretrial Conference.

- Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-miltonyounge

**BY THE COURT:**

*/s/ John Milton Younge*

Judge John Milton Younge