**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 2:23-cv-04348-JMY |
| | : | |
| PYRAMID TECHNOLOGIES, INC., | : | |
| | : | |
| *Defendants.* | : | |

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff POM of Pennsylvania, LLC ("POM"), and Defendant Pyramid Technologies, Inc. ("Pyramid"), each through its undersigned counsel, hereby stipulate that this matter is voluntarily dismissed. The Parties ask the Court to dismiss the case with prejudice and strike all deadlines in this matter, with each side to bear its own fees and costs.

[Signature Page Follows]

Respectfully submitted,

**KLEINBARD LLC**

Dated: May 8, 2025

*By:  /s/ Matthew Haverstick* _____
Matthew H. Haverstick, Attorney ID: 85072
Eric J. Schreiner, Attorney ID: 76721
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: +1.215.568.2000
mhaverstick@kleinbard.com
eschreiner@kleinbard.com

*Attorneys for Plaintiff*
*POM of Pennsylvania, LLC*

**DILWORTH PAXSON LLP**                    **PERKINS COIE LLP**

Timothy J. Ford, Attorney ID: 325290
tford@dilworthlaw.com
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: +1.215.575.7017
Facsimile: +1.215.575.7200

By: */s/ Barak Cohen*_____
Barak Cohen, Admitted *pro hac vice*
BCohen@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211

*/s/ Thomas J. Tobin*_____
Thomas J. Tobin, Admitted *pro hac vice*
TTobin@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

*Attorneys for Defendant*
*Pyramid Technologies, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2025, I served the foregoing Stipulated Notice of

Voluntary Dismissal on all parties via the Court's Electronic Filing System (CM/ECF) and via

electronic mail.

Respectfully submitted,

*/s/ Thomas J. Tobin*_____
Thomas J. Tobin, Admitted *pro hac vice*
TTobin@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
Facsimile:   +1.206.359.9000

*Attorneys for Defendant*
*Pyramid Technologies, Inc.*

Dated: May 8, 2025